UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BAILEY,<br><br>        Plaintiff,<br><br>   v.<br><br>OAKDALE POLICE DEPARTMENT, et al.,<br><br>        Defendants. | 1:05-cv-00113-REC-SMS<br><br>ORDER DIRECTING THE FILING OF OPPOSITION, NON-OPPOSITION, AND ANY OTHER INPUT WITH RESPECT TO THE MOTION OF ATTORNEY STEPHEN SOLANO TO WITHDRAW AS ATTORNEY OF RECORD NO LATER THAN DECEMBER 22, 2005 (DOC. 37)<br><br>ORDER DIRECTING THE CLERK TO SERVE A COPY OF THIS ORDER ON THE PLAINTIFF BY MAIL AT THE ADDRESS LISTED IN THE BODY OF THIS ORDER |

    Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c) and 72-303.

    On November 18, 2005, Stephen Solano, counsel for Plaintiff, filed a motion to withdraw as attorney of record for Plaintiff, and a proof of service of the motion by mail on Plaintiff. The Court's docket reveals that the motion has been electronically served on counsel for Defendants.

I. Due Date for Opposition or Response

    For the convenience of the Court, the hearing on the motion

1

has been set for January 13, 2006. However, in furtherance of the efficient administration of justice, it IS ORDERED that any opposition or non-opposition on the part of Defendant, and any response to the motion by or on behalf of Plaintiff Mark Anthony Bailey personally, BE FILED no later than December 22, 2005.

II. <u>Clerk to Serve this Order by Mail on Plaintiff</u>

The Clerk of the Court IS DIRECTED to serve a copy of this order on the Plaintiff Mark Anthony Bailey by mail at the following address, which counsel has represented is Plaintiff's address:

    Mr. Mark Anthony Bailey
    1049 East A Street
    Oakdale, California 95361.

IT IS SO ORDERED.

**Dated:   November 28, 2005**          /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE