UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BAILEY,<br><br>　　　　Plaintiff,<br>　v.<br>OAKDALE POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | 1:05-cv-00113-REC-SMS<br><br>ORDER VACATING HEARING ON THE MOTION OF STEPHEN SOLANO TO WITHDRAW AS ATTORNEY OF RECORD (DOC. 37) AND DEEMING THE MATTER SUBMITTED FOR DECISION<br><br>**VACATED HEARING DATE: JANUARY 13, 2006**<br><br>ORDER DIRECTING THE CLERK TO SERVE A COPY OF THIS ORDER ON PLAINTIFF AT THE ADDRESS STATED IN THIS ORDER |

　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c) and 72-303.

　　On November 18, 2005, Stephen Solano, counsel for Plaintiff, filed a motion to withdraw as attorney of record for Plaintiff, and a proof of service of the motion by mail on Plaintiff. The Court's docket reveals that the motion has been electronically served on counsel for Defendants. On November 29, 2005, the Court directed that any opposition or input on the motion be filed no later than December 22, 2005. On December 5, 2005, Defendant

1

filed notice of non-opposition to the motion. No other input or opposition has been received.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff's counsel to withdraw as counsel is a matter that may appropriately be submitted upon the record and briefs, including the notice of motion, memorandum of points and authorities, and declaration of Stephen Solano filed in support thereof, and Defendants' notice of non-opposition to the motion.

Accordingly, the hearing on the motion, presently set for January 13, 2005, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

The Clerk of the Court IS DIRECTED to serve a copy of this order on the Plaintiff Mark Anthony Bailey by mail at the following address, which counsel has represented is Plaintiff's address:

    Mr. Mark Anthony Bailey
    1049 East A Street
    Oakdale, California 95361.

IT IS SO ORDERED.

**Dated:   January 6, 2006**                /s/ Sandra M. Snyder
icido3                                      UNITED STATES MAGISTRATE JUDGE