JAI M. GOHEL, SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748

Attorneys for Plaintiff
MARK ANTHONY BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO VENUE

--oo0oo--

| | |
|---|---|
| MARK ANTHONY BAILEY, | Case No.: 1:05-CV-00113 OWW-SMS |
| Plaintiff, | **PLAINTIFF'S SUBSTITUTION OF ATTORNEYS AND ORDER** |
| vs. | |
| OAKDALE POLICE OFFICER BRIAN SCHIMMEL, individually and in his official capacity, OAKDALE POLICE OFFICER TAYLOR, individually and in his official capacity, OAKDALE CHIEF OF POLICE GARY HAMPTON, individually and in his official capacity, OAKDALE POLICE DEPARTMENT, THE CITY OF OAKDALE, and DOES 1-20, | [Civil L.R. 83-182(g)] |
| Defendants. | |

COMES NOW Plaintiff Mark Anthony Bailey, and hereby requests that this Honorable Court Order that his attorney(s) in this action be substituted as follows:

Mark Anthony Bailey, in pro per, be substituted as attorney of record by:

**PLAINTIFF'S SUBSTITUTION OF ATTORNEYS**                -1-

PDF created with pdfFactory trial version www.pdffactory.com

JAI M. GOHEL, SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Above-listed counsel is admitted to practice law before the Courts of the Federal District Court for the Eastern District of California.

I consent to the above-referenced substitution:

Dated: March ___, 2007

_____/s/_____
MARK ANTHONY BAILEY
In pro per

Dated: March 28 ___, 2007

_____/s/_____
JAI M. GOHEL

IT IS SO ORDERED:

DATED: 4/10/07                    /s/ Oliver W. Wanger
                                  U.S. District Court Judge

**PLAINTIFF'S SUBSTITUTION OF ATTORNEYS**                -2-

PDF created with pdfFactory trial version www.pdffactory.com