JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748
Email: jaigohel@rocketmail.com

DENNIS CUNNINGHAM, CA SBN 11290
BEN ROSENFELD, CA SBN 203845
GORDON KAUPP, CA SBN 226141
Law Offices of Dennis Cunningham
115 ½  Bartlett Street
San Francisco, California 94110
Telephone: (415) 285-8091
Facsimile:  (415) 285-8092

Attorneys for Plaintiff
MARK ANTHONY BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO VENUE

--oo0oo--

| | |
|---|---|
| MARK ANTHONY BAILEY, | Case No.: 1:05-CV-00113 OWW-SMS |
| Plaintiff, | **ORDER AFTER HEARING** |
| vs. | |
| OAKDALE POLICE OFFICER BRIAN SCHIMMEL, individually and in his official capacity, OAKDALE POLICE OFFICER TAYLOR, individually and in his official capacity, OAKDALE CHIEF OF POLICE GARY HAMPTON, individually and in his official capacity, OAKDALE POLICE DEPARTMENT, THE CITY OF OAKDALE, and DOES 1-20, | |
| Defendants. | |

**[PROPOSED] ORDER AFTER HEARING**   -1-

PDF created with pdfFactory trial version www.pdffactory.com

This matter came before the Court for hearing on Defendants' Motion for Summary Judgment on May 7, 2006.  Upon hearing of the matter, and after arguments of counsel, IT IS SO ORDERED as follows:

1. Plaintiff shall have until May 22, 2007 to serve responses to Defendant Taylor and Shimmel's First Set of Requests for Admissions.

2. Discovery shall be re-opened for 90 days to facilitate the adjudication of Defendants' Motion for Summary Judgment, pursuant to Rule 56(f). Counsel for the parties shall meet and confer in order to facilitate a discovery schedule and complete depositions of percipient witnesses and expert witnesses in order to specifically address the issues in Defendants' Motion.

3. Plaintiff shall file a Supplemental Opposition to Defendants' Motion for Summary Judgment on or before September 17, 2007.  Defendants' Supplemental Reply shall be filed on or before October 15, 2007.  A further hearing on the Motion for Summary Judgment shall be held on October 29, 2007 at 10:00 a.m. in Courtroom 3.

DATED: 5/15/07

/s/ Oliver W. Wanger
Hon. Oliver W. Wanger
U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER AFTER HEARING**   -2-

PDF created with pdfFactory trial version www.pdffactory.com