1  JAI M. GOHEL, CA SBN 170782
   Attorney at Law
2  819 Eddy Street
   San Francisco, California 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4  Email: jaigohel@rocketmail.com

5  DENNIS CUNNINGHAM, CA SBN 11290
   BEN ROSENFELD, CA SBN 203845
6  GORDON KAUPP, CA SBN 226141
   Law Offices of Dennis Cunningham
7  115 ½  Bartlett Street
   San Francisco, California 94110
8  Telephone: (415) 285-8091
   Facsimile:  (415) 285-8092
9

10 Attorneys for Plaintiff
   MARK ANTHONY BAILEY
11

12           IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA
                       FRESNO VENUE
14
                         --oo0oo--
15

16 MARK ANTHONY BAILEY,          )  Case No.: 1:05-CV-00113 OWW-SMS
                                 )
17         Plaintiff,            )  **ORDER AFTER HEARING**
       vs.                       )
18                               )
                                 )
19 OAKDALE POLICE OFFICER BRIAN  )
   SCHIMMEL, individually and in his official )
20 capacity, OAKDALE POLICE OFFICER )
   TAYLOR, individually and in his official )
21 capacity, OAKDALE CHIEF OF POLICE )
   GARY HAMPTON, individually and in his )
22 official capacity, OAKDALE POLICE )
   DEPARTMENT, THE CITY OF OAKDALE, )
23 and DOES 1-20,                )
                                 )
24         Defendants.           )
                                 )
25 _____)

**[PROPOSED] ORDER AFTER HEARING**      -1-

PDF created with pdfFactory trial version www.pdffactory.com

This matter came before the Court for hearing on Defendants' Motion for Summary Judgment on May 7, 2006. Upon hearing of the matter, and after arguments of counsel, IT IS SO ORDERED as follows:

1. Plaintiff shall have until May 22, 2007 to serve responses to Defendant Taylor and Shimmel's First Set of Requests for Admissions.

2. Discovery shall be re-opened for 90 days to facilitate the adjudication of Defendants' Motion for Summary Judgment, pursuant to Rule 56(f). Counsel for the parties shall meet and confer in order to facilitate a discovery schedule and complete depositions of percipient witnesses and expert witnesses in order to specifically address the issues in Defendants' Motion.

3. Plaintiff shall file a Supplemental Opposition to Defendants' Motion for Summary Judgment on or before September 17, 2007. Defendants' Supplemental Reply shall be filed on or before October 15, 2007. A further hearing on the Motion for Summary Judgment shall be held on October 29, 2007 at 10:00 a.m. in Courtroom 3.

DATED: 5/15/07

/s/ Oliver W. Wanger
Hon. Oliver W. Wanger
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER AFTER HEARING   -2-