Peter J. Ferguson, State Bar No. 108297
Jon F. Hamilton, State Bar No. 232559
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92701
PHONE (714) 953-5300
FAX (714) 953-1143
email: jhamilton@law4cops.com

Attorneys for Defendants, City of Oakdale, Oakdale Police Department, and Officers Schimmel and Taylor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BAILEY, | No. 1:05-CV-00113 OWW-SMS |
| Plaintiff, | |
| vs. | **ORDER** |
| OAKDALE POLICE OFFICER BRIAN SCHIMMEL, individually and in his official capacity, OAKDALE POLICE OFFICER TAYLOR, individually and in his official capacity, OAKDALE CHIEF OF POLICE GARY HAMPTON, individually and in his official capacity, OAKDALE POLICE DEPARTMENT, THE CITY OF OAKDALE, and DOES 1-20, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The continuance of the deadline to take the deposition of Dr. Bozic, as requested by Plaintiff Mark Anthony Bailey and the Defendants, is hereby ordered changed pursuant to the following schedule:

| Old Date | New Date | Event |
|---|---|---|
| 10/01/08 | 11/01/08 | Last day for the parties to take the deposition of Dr. Bozic. For other purposes, the October 1, 2008 deadline for all other discovery remains in effect. |

Dated: September 18, 2008            ___/s/ OLIVER W. WANGER_____
                                                                       Honorable Oliver W. Wanger
                                                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Michele Koller, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On September 16, 2008, I served the foregoing **[PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Jai M. Gohel**
**Attorney at Law**
**819 Eddy Street**
**San Francisco, CA 94109**

**Dennis Cunningham**
**Law Offices of Dennis Cunningham**
**115 ½ Bartlett Street**
**San Francisco, CA 94110**

\_\_\_\_ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 16, 2008, at Santa Ana, California.

/s/ Michele Koller
Michele Koller

PDF created with pdfFactory trial version www.pdffactory.com