JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Plaintiff
MARK ANTHONY BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO VENUE

--oo0oo--

| | |
|---|---|
| MARK ANTHONY BAILEY, | Case No.: 1:05-CV-00113 OWW-SMS |
| Plaintiff, | |
| vs. | **ORDER** |
| OAKDALE POLICE OFFICER BRIAN SCHIMMEL, individually and in his official capacity, OAKDALE POLICE OFFICER DAN TAYLOR, individually and in his official capacity, | |
| Defendants. | |

[PROPOSED] ORDER RE:
CONTINUANCE OF JURY TRIAL       -1-       Case No. 1:05-CV-00113 OOW-SMS

# ORDER

The continuance of the trial date, and all dates associated with that trial date for the submission of documents and conduct of counsel, is hereby ordered changed pursuant to the following schedule:

| OLD DATE | NEW DATE | EVENT |
| --- | --- | --- |
| March 16, 2009 | May 25, 2009 | Last Date for Exhibit Conference between parties |
| March 20, 2009 | May 29, 2009 | Motions in Limine/Bifurcation filed |
| March 20, 2009 | May 29, 2009 | Deposition designation |
| March 26, 2009 | June 4, 2009 | Opposition to Motion in Limine/Bifurcation filed |
| March 27, 2009 | June 5, 2009 | Objections to deposition designation |
| March 31, 2009 | June 9, 2009 | Parties to exchange Jury Instructions |
| April 3, 2009 @ 12:15 p.m. | June 12, 2009 @ 12:15 p.m. | Hearing on Motions in Limine |
| April 3, 2009 | June 12, 2009 | Trial Briefs filed |
| April 10, 2009 @ 4:00 p.m. | June 19, 2009 @ 4:00 p.m. | Delivery of Trial Exhibits to Court |
| April 10, 2009 @ 4:00 p.m. | June 19, 2009 @ 4:00 p.m. | Submission to Court of Proposed Voir Dire |
| April 13, 2009 @ 4:00 p.m. | June 22, 2009 @ 4:00 p.m. | Submission to Court of Proposed Jury Instructions |
| April 14, 2009 @ 9:00 a.m. | June 23, 2009 @ 9:00 a.m. | Trial (5 days) |

Dated:  February 26, 2009

__/s/ OLIVER W WANGER_____

Honorable Oliver W. Wanger
United States District Judge