1  Peter J. Ferguson, State Bar No. 108297
Jon F. Hamilton, State Bar No. 232559
2  FERGUSON, PRAET & SHERMAN
A Professional Corporation
3  1631 East 18th Street
Santa Ana, California 92701
4  PHONE (714) 953-5300
FAX (714) 953-1143
5  email: jhamilton@law4cops.com

6
7  Attorneys for Defendants, Oakdale Police Officers Schimmel and Taylor

8
9            UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY BAILEY,            )  No.  1:05-CV-00113 OWW-SMS
11                              )
        Plaintiff,              )      **E-FILING**
12                              )
        vs.                     )  **ORDER AFTER HEARING**
13                              )
OAKDALE POLICE OFFICER BRIAN    )
14 SCHIMMEL, individually and in his )
official capacity, OAKDALE POLICE )
15 OFFICER TAYLOR, individually and in )
his official capacity,          )
16                              )
        Defendants.             )
17 ─────────────────────────── )

18
19
20
21
22
23
24
25
26
27
28

## ORDER

On June 11, 2009, the Plaintiff's and Defendants' Motions *in Limine* were heard with the following orders:

Plaintiff Motions *In Limine*:

1.    **Granted.**  Witnesses who have not testified or excused from testifying will be excluded from being present in the courtroom.

2.

a.    **Denied.**  The Defendants will be permitted to introduce evidence of Plaintiff's prior criminal history, including prior felony conviction for narcotics offenses.

b.    **Denied.**   The Defendants will be permitted to submit evidence concerning the Plaintiff's prior arrests or other non-dispositive criminal proceedings (including references to prior police contacts between Oakdale police officers and Plaintiff).

3.    **Denied.** The Defendants' police policy and procedure expert, Joseph Callanan, will be permitted to testify about how it is unclear as to how any of the police procedures complicated the Plaintiff's self-inflicted injuries.  However, the Court cautions the Defendants that Mr. Callanan will not be permitted to rending a medical opinion.

4.    **Denied.**  The Defendants will be permitted to introduce evidence pertaining to Plaintiff's conduct prior to the motorcycle pursuit as it pertains to Plaintiff's level of sobriety and pre-combativeness.

Defendants' Motions *In Limine*:

1.    **Granted in part and reserved in part.**  The Court grants the Defendants' motion *in limine* to exclude any wage loss records.  As it pertains to any photographs that the Plaintiff may wish to present at trial, the Court orders that the Plaintiff provide to defense counsel copies of those photographs no later than Friday, June 19, 2009.  The Court reserves ruling on the motion *in limine* to exclude Plaintiff's

1   photographs and such matter will be revisited on the first day of trial.

2   2.      **Reserved.** To resolve the Best Evidence objection raised by the Defendants,

3   the Court orders the Defendants to locate a copy of any dispatch tape(s) and provide

4   to the Plaintiff a copy of any dispatch tape(s) no later than Friday, June 19, 2009.  In

5   the event that no dispatch tape(s) exist, Defendants will inform the Plaintiff no later

6   than Friday, June 19, 2009 of the nonexistence of any dispatch tape(s).

7          The Court reserves ruling on the motion *in limine* to exclude the testimony of

8   Shawna Higgins for all matters raised in the Defendants' motion *in limine* no. 2 and

9   such motion will be revisited on the first day of trial.

10  3.      **Reserved.** The Court reserves ruling on the motion *in limine* to exclude all

11  testimony of Shawn Knutzon, Charlie Fulgieri, Pam Lowery, Stony Smith and Shelly

12  Torrans until the first day of trial.

13  <u>Trial Continued</u>

14  1.      There Court hereby orders that the trial date will be continued from June 23,

15  2009 to June 30, 2009.  Specifically, the dates scheduled for this trial shall be June

16  30, 2009, July 1-2, 2009 and July 7-8, 2009.  All other dates regarding the submission

17  of documents to the Court and the exchange of documents between the parties shall

18  remain unchanged.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   APPROVED AS TO FORM AND CONTENT:

2

3   Dated: June 18, 2009

4
                                    Mr. Gohel approved via email to Mr. Hamilton
5                                   Jai Gohel, Attorney for Plaintiff,
                                    Mark Anthony Bailey
6

7   Dated: June 18, 2009           FERGUSON PRAET & SHERMAN

8
                                        /s/ Jon F. Hamilton
9                                   Jon F. Hamilton, Attorneys for
                                    Defendants, Officer Schimmel and Officer
10                                  Taylor

11

12  It is so ORDERED:

13

14

15  Dated: June 25, 2009              /s/ OLIVER W. WANGER
                                    Honorable Oliver W. Wanger
16                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

---