**FILED**
**JUDGMENT ENTERED**

_____
Date
by _____A. Timken_____
Deputy Clerk
U.S. District Court
Eastern District of California
__XX___ FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY BAILEY,

    Plaintiff,

vs.

BRIAN SCHIMMEL,
DANIEL TAYLOR,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-cv-00113 OWW/SMS

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    **JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS BRIAN SCHIMMEL AND DANIEL TAYLOR, AND AGAINST MARK ANTHONY BAILEY, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 7/9/2009, AND IN FAVOR OF ALL REMAINING DEFENDANTS AS A MATTER OF LAW, DEFENDANTS TO RECOVER THEIR COSTS OF SUIT.**

DATED:

    VICTORIA C. MINOR, Clerk

    /S/ Alice Timken
By:
    Deputy Clerk

jgm.civ
2/1/95